## ESTATE EXPENSES FOR KENNETH E. VINYARD

| | |
|---|---|
| Medical Bills as of 3/7/23 | $2072.25 |
| Outstanding Funeral Expenses | 3343.90 |
| Balance Due on Amex Account | 8798.31 |
| Balance Due on Sofi Account | 18666.04 |
| Cash Loans by Debbie to Ken | 10500.00 |
| PNC Bank | 222.79 |
| Minuteman Printing | 340.07 |
| Fortiva | 637.83 |
| Unpaid Tolls | 135.40 |
| Comenity/Zales | 796.24 |
| Advance America | 731.66 |
| Credit One Bank | 470.12 |
| Comenity/Boscoves | 1096.14 |
| Comenity/Kay Jewelers | 3060.35 |
| Previous Unpaid Medical Bills | 364.64 |
| Capital One/Walmart | 2393.61 |
| Capital One Mastercard | 440.21 |
| IRS | 8140.33 (amt not verified may be more) |
| Credit One Acceptance | 6306.55 (deficiency from sale of SUV) |
| Beaver Valley Yacht Club | 9230.90 (amt not verified verbal only) |
| Estate Expenses Paid by Debbie | 2086.84 |
| Reimbursement due Debbie for Amex/Sofi | 7187.48 |
| Amount due to Estate Attorney as of 4/12/23 | 6844.16 |
| TOTAL OUTSTANDING ESTATE LIABILITIES | 93865.82 |