# POWER OF ATTORNEY

# AND

# <u>CONTINGENT FEE AGREEMENT</u>

KNOW ALL MEN BY THESE PRESENT, that I, MARCY BEATTY, do hereby appoint LAW OFFICES OF JOEL SANSONE, JOEL S. SANSONE, ESQUIRE, MASSIMO A. TERZIGNI, ESQUIRE, and ELIZABETH A. TUTTLE, ESQUIRE, as my attorneys to represent me in a claim for damages that I have against JOHN HAWK, resulting from violations of my civil rights, which occurred on or about November 6, 2022.

I hereby agree that the compensation for my attorneys for legal services rendered shall be determined as follows:

    A.    Out of whatever sum is secured from the above-named Defendant, either by verdict or by settlement, my attorneys shall retain forty (40%) percent of the gross amount received;

    B.    All costs advanced by my attorneys on my behalf will be paid by me out of whatever recovery, by settlement or verdict, is obtained. Such costs include counsel fees assessed by the Court, and other expenses of suit, such as deposition costs, travel costs, witness fees and expert fees, together with messenger service, legal research, photocopying, etc.; and

    C.    In the event that no recovery is obtained, my attorneys would be entitled to no fee whatsoever, beyond that described herein above.

I am aware that under the law a defendant may be required to pay some amount as counsel fees if I am successful in pursuing my claim. In the event that counsel fees are awarded, I hereby agree to the following:

    A.    Said award of counsel fees shall be credited toward the gross amount received, as mentioned in Paragraph A above;

B. In the event that the amount awarded or agreed upon as counsel fees exceeds the sum recoverable under the contingent fee arrangement outlined above, said fee shall remain the sole property of my attorneys; however, I shall have no obligation to pay any additional amount for services rendered by them in connection with this case; and

C. In the event that no counsel fees are awarded, the fees charged by my attorneys shall be limited to the fees described above. Under no circumstances will I be required to pay my attorneys any legal fees other than those specified by the terms or conditions of this Agreement, excepting, however, that in the event of an appeal from a verdict or other dispositions, fees for said appeal will be negotiated separately.

I am further aware that under the law a plaintiff may be required to pay some amount as counsel fees if the defendant is successful in defending the plaintiff's claim. In the event that counsel fees are awarded by the Court in favor of the Defendant, I agree to pay any such sum awarded.

I shall at all times have the right to terminate the services of my attorneys upon written notice to that effect. My attorneys shall at all times have the right to terminate their services upon written notice to that effect in the event that I either fail to cooperate with them in any reasonable request, to timely pay the monthly cost statements in full as submitted, or if they determine in their reasonable discretion that to continue their services would be unethical or impractical.

IT IS DISTINCTLY UNDERSTOOD AND AGREED that my attorneys are not to make any settlement without my consent. I hereby acknowledge receipt of a duplicate copy of this Power of Attorney and Contingent Fee Agreement.

_11/9/22_  
Date

_11-9-22_  
Date

_Marcy Beatty_ (signature)  
MARCY BEATTY

_(signature)_  
Witness

Page 2 of 2