IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH LITTLE, as Administrator of the Estate of KENNETH VINYARD, | ) ) ) ) | Civil Action No. 2:23-cv-00075 |
| Plaintiff, | ) ) ) | HONORABLE DAVID S. CERCONE |
| v. | ) ) | |
| CENTER TOWNSHIP, a municipal corporation, and JOHN HAWK, in his individual capacity, | ) ) ) ) ) | |
| Defendants. | ) | Electronically Filed. |

EXHIBIT IN SUPPORT OF PETITION TO APPROVE SETTLEMENT AND ALLOCATION

COMES NOW, the Plaintiff, DEBORAH LITTLE, as Administrator of the Estate of KENNETH VINYARD, by and through her attorneys, LAW OFFICES OF JOEL SANSONE, JOEL S. SANSONE, ESQUIRE, MASSIMO A. TERZIGNI, ESQUIRE, and ELIZABETH A. TUTTLE, ESQUIRE, and submits the evidence described in Plaintiff's Petition to Approve Settlement and Allocation, which is filed under seal:

1.  Body cam video footage.  (Submitted by hand delivery chambers of Honorable David S. Cercone).

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

s/ Joel S. Sansone
Joel S. Sansone, Esquire
PA ID No. 41008
Massimo A. Terzigni, Esquire
PA ID No. 317165
Elizabeth A. Tuttle, Esquire
PA ID No. 32288
*Counsel for Plaintiff*

Law Offices of Joel Sansone
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194

Dated:  May 3, 2023