IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH LITTLE, as Administrator of the Estate of KENNETH VINYARD, | ) ) ) ) | Civil Action No. 2:23-cv-00075 |
| Plaintiff, | ) ) ) | HONORABLE DAVID S. CERCONE |
| v. | ) ) | |
| CENTER TOWNSHIP, a municipal corporation, and JOHN HAWK, in his individual capacity, | ) ) ) ) | |
| Defendants. | ) | Electronically Filed. |

Order of Court

AND NOW, to wit, this 4th day of May, 2023, upon due consideration of the within UNCONSTESTED PETITION TO APPROVE SETTLEMENT AND ALLOCATION, it is hereby ORDERED as follows:

A. The Court approves the settlement of this case for Nine Hundred Fifty Thousand ($950,000) Dollars;

B. The Court approves the allocation of funds as follows:

1. Sixty (60 %) percent of the settlement funds (*i.e.* approximately Five Hundred Seventy Thousand ($570,000) Dollars) shall be allocated to the survival action;

2. Forty (40 %) percent of the settlement funds (*i.e.* approximately Three Hundred Eighty Thousand ($380,000) Dollars) shall be allocated to the wrongful death action;

C. The Court approves the counsel fee request for forty (40) percent of the aforementioned settlement amount. Counsel fees are approved in the amount of Three Hundred Eighty Thousand ($380,000) Dollars, payable to Plaintiff's counsel, LAW OFFICES OF JOEL SANSONE;

2

D.      The Court approves reimbursement to counsel for out of pocket expenses in the amount of Six Thousand Six Hundred Fifty Five ($6,655) Dollars;

E.      The Court directs that the Plaintiff, DEBORAH LITTLE, is appointed custodian in her capacity as Administrator of the Estate of Kenneth Vinyard for the purpose of holding all settlement funds, after counsel fees, until the Court of Common Pleas of Beaver County, Orphan's Court division issues an appropriate Order related to the proper disposition of such funds.  The Court directs that all settlement funds shall be held in the checking account of the Estate of Kenneth Vinyard until that time.

s/David Stewart Cercone  
David Stewart Cercone  
Senior United States District Judge